IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ROBERT WESTEFER, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| vs. | )   **CIVIL NO. 00-162-GPM** |
| | ) |
| **DONALD SNYDER, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

# ORDER

**MURPHY, District Judge:**

This matter is before the Court on Plaintiffs' motion for entry of injunctive relief (Doc. 628), following remand of this case from the United States Court of Appeals for the Seventh Circuit. Plaintiffs and Defendants stipulate that this Order comports with the mandate articulated by the United States Court of Appeals for the Seventh Circuit in *Westefer v. Neal*, 682 F.3d 679 (7th Cir. 2012). Accordingly, **IT IS HEREBY ORDERED** that:

1  Defendants must implement procedures that provide transfer review hearings, which comply with the minimum requirements of due process, to all inmates assigned to the Tamms Correctional Center; and

2  Defendants shall submit a remedial plan within 14 days of the entry of this Order to ensure prisoners transferred to the Tamms Correctional Center are provided with a hearing which complies with the due process requirements of the Constitution of the United States of America; and

3       Plaintiffs shall have 14 days from the date of Defendants' submission to respond to the Defendants' remedial plan

**IT IS SO ORDERED.**

DATED: July 20, 2012

/s/ *G. Patrick Murphy*
G. PATRICK MURPHY
United States District Judge